ADAM GORDON
United States Attorney
BRANDON KIMURA
Assistant U.S. Attorney
California Bar No. 241220
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9614
Email: brandon.kimura@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.** 26MJ1355-SBC |
| Plaintiff, | |
| v. | |
| JAIME ERNESTO ALVAREZ-GONZALEZ, | **NOTICE OF APPEARANCE** |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as co-counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

**SIDDHARTH DILIP DADHICH, AUSA**

//

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

**None.**

Please feel free to call me if you have any questions about this notice.

DATED: March 17, 2026

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/Brandon Kimura*

BRANDON KIMURA
Assistant U.S. Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA