FILED

Mar 20 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            s/AC            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME ERNESTO ALVAREZ-GONZALEZ,<br>aka "Ernesto Alvarez,"<br><br>Defendant. | Case No. ___'26 CR0911 RBM___<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Secs. 922(g)(5)(A) and 924(a)(8) -<br>Possession of a Firearm by an<br>Illegal Alien; Title 18, U.S.C.,<br>Sec. 1546(a) - Fraud and Misuse of<br>Visas, Permits and Other<br>Documents; Title 18, U.S.C.,<br>Sec. 912 - False Personation of an<br>Officer or Employee of the United<br>States; Title 18, U.S.C.,<br>Sec. 924(d)(1) and Title 28.<br>U.S.C., Sec. 2461(c) - Criminal<br>Forfeiture |

The grand jury charges:

Count 1

On or about February 14, 2025, within the Southern District of California, defendant JAIME ERNESTO ALVAREZ-GONZALEZ, aka "Ernesto Alvarez," knowing he was an alien illegally or unlawfully in the United States, did knowingly possess a firearm, that traveled in and affected interstate commerce, to wit: a Glock 26 9mm pistol, Serial No. ZAF670; all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

SDDH:nlv:San Diego:3/19/26

Count 2

On or about January 16, 2024, within the Southern District of California, defendant JAIME ERNESTO ALVAREZ-GONZALEZ, aka "Ernesto Alvarez," did knowingly subscribe as true under penalty of perjury, a false statement with respect to a material fact in an application required by immigration laws and regulations, to wit: Defendant answered on a Form I-485 application that he had never falsely claimed to be a U.S. citizen in writing or any other way, which statement the defendant then and there knew was false, in that defendant had previously claimed to be a U.S. citizen in connection with the purchase of firearms; in violation of Title 18, United States Code, Section 1546(a).

Count 3

On or about January 16, 2024, within the Southern District of California, defendant JAIME ERNESTO ALVAREZ-GONZALEZ, aka "Ernesto Alvarez," did knowingly subscribe as true under penalty of perjury, a false statement with respect to a material fact in an application required by immigration laws and regulations, to wit: Defendant answered on a Form I-485 application that he had never been arrested, cited, charged, or detained for any reason by any law enforcement official, which statement the defendant then and there knew was false, in that defendant had previously been cited and arrested; in violation of Title 18, United States Code, Section 1546(a).

//
//
//
//
//
//

2

Count 4

On or about January 8, 2026, within the Southern District of California, defendant JAIME ERNESTO ALVAREZ-GONZALEZ, aka "Ernesto Alvarez," did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, a United States Border Patrol agent, and in such assumed and pretended character did act as such, in that he falsely represented that he was a United States Border Patrol agent, and acted as such by pursuing an actual United States Border Patrol agent and forcing that agent to abandon his law enforcement objective; in violation of Title 18, United States Code, Section 912.

FORFEITURE ALLEGATIONS

The allegations contained in Count 1 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count 1 of this Indictment, defendant JAIME ERNESTO ALVAREZ-GONZALEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

1. Glock 26 9mm pistol, Serial No. ZAF670

2. Smith and Wesson SD9 VE 9MM pistol, Serial No. FXJ2115; and

3. Smith & Wesson 642-2 Revolver, Serial No. CXA3343;

//

//

3

If any of the above-described forfeited property, as a result of any act or omission of defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c) to seek forfeiture of any other property of the defendant up to the value of the property described above subject to forfeiture.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: March 20, 2026.

A TRUE BILL:

ADAM GORDON
United States Attorney

By: _____
SIDDHARTH DADHICH
Assistant U.S. Attorney

4