AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| JAIME ERNESTO ALVAREZ-GONZALEZ (1) | |
| aka Ernesto Alvarez | Case Number:   3:26-CR-00911-RBM |

Cindy Vanessa Muro
Defendant's Attorney

**USM Number**         36129-506

☐ –

THE DEFENDANT:

☒   pleaded guilty to count(s)     1, 4, 5, and 6 of the Superseding Indictment

☐   was found guilty on count(s)

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title and Section / Nature of Offense | Count |
|---|---|
| 18:922(g)(5)(A), 924(a)(8); 18:924(d); 28:2461(c) - Possession Of A Firearm By An Illegal Alien; | 1s |
| 18:912 - False Personation Of An Officer Or Employee Of The United States | 4s |
| 18:922(g)(5)(A), 924(a)(8); 18:924(d)(1); 28:2461(c) - Possession Of A Firearm By An Illegal | 5s |
| 18:922(g)(5)(A), 924(a)(8); 18:924(d)(1); 28:2461(c) - Possession Of A Firearm By An Illegal | 6s |

The defendant is sentenced as provided in pages 2 through _____2_____ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s)

☒   Count(s)   Underlying counts        are        dismissed on the motion of the United States.

☒   Assessment :  $400.00 ($100 per count) Remitted

–

☒   Fine waived        ☒  Forfeiture pursuant to order filed     7/16/2026        , included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

July 17, 2026
Date of Imposition of Sentence

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | JAIME ERNESTO ALVAREZ-GONZALEZ (1) | Judgment - Page **2** of **2** |
| CASE NUMBER: | 3:26-CR-00911-RBM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
SIX (6) MONTHS AS TO COUNTS 1, 4, 5, AND 6 TO RUN CONCURRENT

☐  Sentence imposed pursuant to Title 8 USC Section 1326(b).
☒  The court makes the following recommendations to the Bureau of Prisons:
    1.  Placement near San Diego, CA to facilitate family visitation.

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant must surrender to the United States Marshal for this district:

    ☐  at _____ A.M.    on _____

    ☐  as notified by the United States Marshal.

☐  The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  on or before

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____    DEPUTY UNITED STATES MARSHAL

3:26-CR-00911-RBM